UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Crim. No. 07-937 (WHW) |
| v. : | |
| : | ORDER PERMITTING RETURN |
| : | OF DEFENDANT'S PASSPORT |
| RUBEN RODRIGUEZ, : | |
| Defendant. : | |

AND NOW, this 9 day of May, 2008, upon the application of the defendant, Ruben Rodriguez, for an order permitting the return of his passport, and with the consent of the government, as per Scott McBride, Assistant United States Attorney, it is hereby ORDERED that this application be GRANTED. It is further ORDERED that this passport be returned to him by Pre-Trial Services.

_____
William H. Walls
United States District Court Judge