PROB 12C

(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Ruben Rodriguez                               **Docket Number:** 07-00937-001
                                                                    **PACTS Number:** 47913

**Name of Sentencing Judicial Officer:** HONORABLE WILLIAM H. WALLS
                                         UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 04/30/2008

**Original Offense:** FRAUD BY WIRE, RADIO, OR TELEVISION

**Original Sentence:** 4 years probation, $100 special assessment, $75,901.94

**Type of Supervision:** Probation                **Date Supervision Commenced:** 04/30/2008

**Assistant U.S. Attorney:** Scott McBride, 970 Broad Street, Room 502, Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** Lisa Mack, 1002 Broad Street, Newark, New Jersey 07102 (973) 645-6347

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **The offender has violated the standard supervision condition which states, 'You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.'**<br><br>During an office visit on May 24, 2011, Mr. Rodriguez was instructed to report to the probation office again on June 9, 2011. He failed to report as directed on that date and has not been in contact with the probation officer since that time.<br><br>Attempts to contact Mr. Rodriguez on his cell phone have been unsuccessful, as his cell phone number has been disconnected. As of this date, we have no information regarding the offender's whereabouts. |

2     **The offender has violated the standard supervision condition which states, 'You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.'**

The offender has failed to submit monthly supervision report forms for the months of March, April, May, June and July 2011.

3     **The offender has violated the standard supervision condition which states, 'You shall notify the probation officer within 72 hours of any change of residence or employment.'**

During a telephone conversation on July 21, 2011, with the offender's mother, Mrs. Emerita Rodriguez, the probation officer was advised that the offender no longer resided at her residence.

On July 22, 2011, the probation officer conducted a home visit of the residence of record. The probation officer was advised by the offender's brother-in-law, that Mr. Rodriguez had moved out "two months ago" and they do not know where he is living.

4     **The offender has violated the special supervision condition which states, 'The defendant shall make restitution in the amount of $75,901.54.'**

According to the Clerk's Office, as of this date, the offender has not made any payments towards his restitution obligation.

5     **The offender has violated the special supervision condition which states, 'The defendant shall pay to the United States a special assessment of $100 for count 1, which shall be due immediately.'**

According to the Clerk's Office, as of this date, the offender has not made any payments towards the special assessment.

I declare under penalty of perjury that the foregoing is true and correct.

By: Kenneth W. Manuel
U.S. Probation Officer
Date: 8/23/11

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

12 Sept 2011
Date